**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Victor James WEBSTER, Defendant— Appellant.**

**No. 11–30191.**

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2012.*

Filed July 2, 2012.

Paulette Lynn Stewart, Assistant U.S., Office of the U.S. Attorney, Helena, MT,

Leif Johnson, Assistant U.S., Office of the U.S. Attorney, Billings, MT, for Plaintiff– Appellee.

Jason Trinity Holden, Faure Holden Attorneys At Law, P.C., Great Falls, MT, for Defendant–Appellant.

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

MEMORANDUM **

Victor James Webster appeals from his guilty-plea conviction and 320–month sentence for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Webster's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to Webster's conviction. Webster waived his right to appeal his sentence. We accordingly dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED.**

The conviction is **AFFIRMED,** and the appeal of the sentence is **DISMISSED.**

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.